**United States District Court**
**Northern District of New York**

| | | |
|---|---|---|
| William Fenton, | ) | Case No. 3:24-cv-01373 |
|     *Plaintiff,* | ) | |
| | ) | Miroslav Lovric |
| v. | ) | United States Magistrate Judge |
| | ) | |
| Frank Bisignano,[1] | ) | |
| Commissioner of the Social | ) | |
| Security Administration, | ) | |
|     *Defendant*. | ) | Motion – Document Filed Electronically |

**CONSENTED-TO MOTION FOR REVERSAL AND REMAND**
**PURSUANT TO SENTENCE FOUR OF 42 U.S.C. § 405(g)**

The Defendant, Frank Bisignano, Commissioner of the Social Security Administration ("Commissioner"), has determined that remand of the above-captioned matter is appropriate. Accordingly, the Commissioner respectfully moves this Court, pursuant to sentence four of 42 U.S.C. § 405(g), to enter a judgment reversing his decision with remand of the cause for further administrative proceedings. *See Melkonyan v. Sullivan*, 501 U.S. 89 (1991). Under sentence four of 42 U.S.C. § 405(g), this Court has the power to enter, upon the pleadings and transcript of the record, "a judgment affirming, modifying, or reversing the decision of the Commissioner of Social Security, with or without remanding the cause for a rehearing." *Id*. at 98.

Upon remand by this Court, the Appeals Council will remand this matter to an Administrative Law Judge ("ALJ"). Upon remand, the ALJ shall be instructed to offer Plaintiff the opportunity for a new hearing, and issue a new decision.

---

[1] Frank Bisignano became the Commissioner of Social Security on May 6, 2025. Pursuant to Rule 25(d) of the Federal Rules of Civil Procedure, he should be substituted as the defendant in this suit. No further action need be taken to continue this suit by reason of the last sentence of section 205(g) of the Social Security Act, 42 U.S.C. § 405(g).

For these reasons, the Commissioner respectfully requests that this Court enter an Order and Final Judgment reversing the Commissioner's decision and remanding the case for further administrative proceedings.

Plaintiff's counsel has authorized the undersigned to represent that Plaintiff consents to this motion.

DATED: May 21, 2025

                                          Respectfully submitted,

                                          Frank Bisignano,

                                          By His Attorneys

                                          John A. Sarcone III,
                                          United States Attorney

                                          /s/ Hugh Dun Rappaport
                                          Hugh Dun Rappaport
                                          Special Assistant United States Attorney
                                          N.D.N.Y. Bar Roll No. 700992
                                          Office of Program Litigation, Office 2
                                          Office of the General Counsel
                                          Social Security Administration
                                          6401 Security Boulevard
                                          Baltimore, MD 21235
                                          Phone: 617-565-2380
                                          Email: Hugh.Dun.Rappaport@ssa.gov

IT IS SO ORDERED:

_____
Miroslav Lovric
U.S. Magistrate Judge

Dated: May 22, 2025
       Binghamton, NY